RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 2/5/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JERRILENE WASHINGTON** | **CIVIL NO. 3:09-CV-01343** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WYETH, INC. ET AL.** | **MAG. JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 58], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by Defendant Actavis, Inc. [Doc. No. 7] is **DENIED**.

**MONROE, LOUISIANA**, this 5 day of February, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE