RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 2/8/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JERRILENE WASHINGTON** | **CIVIL ACTION NO. 3:09-CV-01343** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WYETH, INC. ET AL.** | **MAGISTRATE JUDGE HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 59], no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants Wyeth LLC, previously known as Wyeth, Inc., and Schwarz Pharma, Inc.'s ("moving Defendants") Motion to Dismiss [Doc. No. 25] is **GRANTED**, and Plaintiff Jerrilene Washington's claims against the moving Defendants are **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA,** this 5 day of February, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE